

```
CO    FILE #      000000-000000
PCSDHF 000031227
```

CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

# Earnings Statement

Page 001 of 001
Period Ending: 03/03/2018
Remit Date: 03/09/2018
Remit Number: 0002071667
Batch Number: 000000000332

Taxable Marital Status: S

Exemption/Allowance/Additional
Federal: 6
State: 0
Local: 0

BREANNE R EWING
163 IDO AVE
AKRON, OH 44301

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR PAY | 17.5100 | 76.50 | 1,339.52 | 6,224.81 |
| P.T.O | 17.5100 | 3.50 | 61.29 | 468.40 |
| BONUS | | | .00 | 100.00 |
| EXCESS GRP L | | | 1.66 | 8.30 |
| **Gross Pay** | | 80.00 | 1,402.47 | 6,801.51 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** | | |
| MEDICAL FSA | 57.69 | 288.45 |
| MEDICAL BENEFITS | 82.00 | 410.00 |
| DENTAL HEALTH | 5.00 | 25.00 |
| LIFE INSURANCE | 1.62 | 8.10 |
| STD | 4.76 | 23.80 |
| VISION | 2.41 | 12.05 |
| PARKING | 23.00 | 115.00 |
| **Total Pre-Tax Ded** | 176.48 | 882.40 |
| **Payroll Taxes** | | |
| FED TAX | 12.60 | 63.02 |
| FICA | 93.79 | 452.81 |
| STATE TAX-OHIO | 28.06 | 133.44 |
| CITY TAX | 30.65 | 147.98 |
| **Total Taxes** | 165.10 | 797.25 |
| **Misc Deductions** | | |
| KIDS CAFE PURCH | .00 | 25.64 |
| EMP PURCHASES | .00 | 96.08 |
| **Total Misc Deduct** | .00 | 121.72 |
| **NET PAY** | 1,059.23 | 4,991.84 |

| PTO Summary | Earned | Used | Remaining |
|---|---|---|---|
| PTO | 29.64 | 26.75 | 2.89 |

Message:



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Remit Number: 0002071667
Remit Date: 03/09/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BREANNE R EWING | Checking XXXXXXX1239 | XXXXX5032 | 1,059.23 |

```
CO    FILE #          000000-000000
PCSDHF  000031227
```

# Earnings Statement



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

| | |
|---|---|
| Page | 001 of 001 |
| Period Ending: | 03/17/2018 |
| Remit Date: | 03/23/2018 |
| Remit Number: | 0002077516 |
| Batch Number: | 000000000333 |

Taxable Marital Status: S

Exemption/Allowance/Additional
Federal: 6
State: 0
Local: 0

BREANNE R EWING
163 IDO AVE
AKRON, OH 44301

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR PAY | 17.5100 | 75.50 | 1,322.01 | 7,546.82 |
| P.T.O | 17.5100 | 4.00 | 70.04 | 538.44 |
| BONUS | | | .00 | 100.00 |
| EXCESS GRP L | | | 1.66 | 9.96 |
| **Gross Pay** | | **79.50** | **1,393.71** | **8,195.22** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** | | |
| MEDICAL FSA | 57.69 | 346.14 |
| MEDICAL BENEFITS | 82.00 | 492.00 |
| DENTAL HEALTH | 5.00 | 30.00 |
| LIFE INSURANCE | 1.62 | 9.72 |
| STD | 4.76 | 28.56 |
| VISION | 2.41 | 14.46 |
| PARKING | 23.00 | 138.00 |
| **Total Pre-Tax Ded** | **176.48** | **1,058.88** |
| **Payroll Taxes** | | |
| FED TAX | 11.72 | 74.74 |
| FICA | 93.12 | 545.93 |
| STATE TAX-OHIO | 27.78 | 161.22 |
| CITY TAX | 30.43 | 178.41 |
| **Total Taxes** | **163.05** | **960.30** |
| **Misc Deductions** | | |
| KIDS CAFE PURCH | .00 | 25.64 |
| EMP PURCHASES | .00 | 96.08 |
| **Total Misc Deduct** | **.00** | **121.72** |
| **NET PAY** | **1,052.52** | **6,044.36** |

| PTO Summary | Earned | Used | Remaining |
|---|---|---|---|
| PTO | 35.79 | 30.75 | 5.04 |

Message:



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Remit Number: 0002077516
Remit Date: 03/23/2018

Deposited to the account of
BREANNE R EWING

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXXXX1239 | XXXXX5032 | 1,052.52 |

THIS IS NOT A CHECK



CO FILE # 000000-000000
PCSDHF 000031227

# Earnings Statement

CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Page 001 of 001
Period Ending: 03/31/2018
Remit Date: 04/06/2018
Remit Number: 0002083375
Batch Number: 000000000334

Taxable Marital Status: S

Exemption/Allowance/Additional
Federal: 6
State: 0
Local: 0

BREANNE R EWING
163 IDO AVE
AKRON, OH 44301

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR PAY | 17.5100 | 69.50 | 1,216.95 | 8,763.77 |
| OVERTIME PAY | 26.2651 | .25 | 6.57 | 6.57 |
| P.T.O | 17.5100 | 10.50 | 183.86 | 722.30 |
| BONUS | | | .00 | 100.00 |
| EXCESS GRP L | | | 1.66 | 11.62 |
| **Gross Pay** | | **80.25** | **1,409.04** | **9,604.26** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** | | |
| MEDICAL FSA | 57.69 | 403.83 |
| MEDICAL BENEFITS | 82.00 | 574.00 |
| DENTAL HEALTH | 5.00 | 35.00 |
| LIFE INSURANCE | 1.62 | 11.34 |
| STD | 4.76 | 33.32 |
| VISION | 2.41 | 16.87 |
| PARKING | 23.00 | 161.00 |
| **Total Pre-Tax Ded** | **176.48** | **1,235.36** |
| **Payroll Taxes** | | |
| FED TAX | 13.26 | 88.00 |
| FICA | 94.29 | 640.22 |
| STATE TAX-OHIO | 28.28 | 189.50 |
| CITY TAX | 30.81 | 209.22 |
| **Total Taxes** | **166.64** | **1,126.94** |
| **Misc Deductions** | | |
| KIDS CAFE PURCH | .00 | 25.64 |
| EMP PURCHASES | .00 | 96.08 |
| **Total Misc Deduct** | **.00** | **121.72** |
| **NET PAY** | **1,064.26** | **7,108.62** |

| PTO Summary | Earned | Used | Remaining |
|---|---|---|---|
| PTO | 41.91 | 41.25 | .66 |

Message:



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Remit Number: 0002083375
Remit Date: 04/06/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BREANNE R EWING | Checking XXXXXXX1239 | XXXXX5032 | 1,064.26 |



CO FILE # 000000-000000
PCSDHF 000031227

# Earnings Statement

CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Page 001 of 001
Period Ending: 04/14/2018
Remit Date: 04/20/2018
Remit Number: 0002089236
Batch Number: 000000000335

Taxable Marital Status: S

Exemption/Allowance/Additional
Federal: 6
State: 0
Local: 0

BREANNE R EWING
163 IDO AVE
AKRON, OH 44301

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR PAY | 17.5100 | 73.75 | 1,291.36 | 10,095.13 |
| OVERTIME PAY | | | .00 | 6.57 |
| P.T.O | 17.5100 | 6.25 | 109.44 | 851.74 |
| BONUS | | | .00 | 100.00 |
| EXCESS GRP L | | | 1.66 | 13.28 |
| **Gross Pay** | | **80.00** | **1,402.46** | **11,006.72** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** | | |
| MEDICAL FSA | 57.69 | 461.52 |
| MEDICAL BENEFITS | 82.00 | 656.00 |
| DENTAL HEALTH | 5.00 | 40.00 |
| LIFE INSURANCE | 1.62 | 12.96 |
| STD | 4.76 | 38.08 |
| VISION | 2.41 | 19.28 |
| PARKING | 23.00 | 184.00 |
| **Total Pre-Tax Ded** | **176.48** | **1,411.84** |
| **Payroll Taxes** | | |
| FED TAX | 12.60 | 100.60 |
| FICA | 93.79 | 734.01 |
| STATE TAX-OHIO | 28.06 | 217.56 |
| CITY TAX | 30.65 | 239.87 |
| **Total Taxes** | **165.10** | **1,292.04** |
| **Misc Deductions** | | |
| KIDS CAFE PURCH | .00 | 25.64 |
| EMP PURCHASES | 20.82 | 116.90 |
| **Total Misc Deduct** | **20.82** | **142.54** |
| **NET PAY** | **1,038.40** | **8,147.02** |

| PTO Summary | Earned | Used | Remaining |
|---|---|---|---|
| PTO | 48.06 | 47.50 | .56 |

Message:



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Remit Number: 0002089236
Remit Date: 04/20/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BREANNE R EWING | Checking XXXXXXX1239 | XXXXX5032 | 1,038.40 |