


# Earnings Statement



CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Page 001 of 001

Period Ending: 04/28/2018
Remit Date: 05/04/2018
Remit Number: 0002095117
Batch Number: 000000000336

Taxable Marital Status: S

Exemption/Allowance/Additional
Federal: 6
State: 0
Local: 0

BREANNE R EWING
163 IDO AVE
AKRON, OH 44301

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR PAY | 17.5100 | 74.00 | 1,295.74 | 11,350.87 |
| OVERTIME PAY | | | .00 | 6.57 |
| P.T.O | 17.5100 | 6.00 | 105.06 | 936.80 |
| BONUS | | | .00 | 100.00 |
| EXCESS GRP L | | | 1.66 | 14.94 |
| **Gross Pay** | | **80.00** | **1,402.46** | **12,409.18** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** | | |
| MEDICAL FSA | 57.69 | 519.21 |
| MEDICAL BENEFITS | 82.00 | 738.00 |
| DENTAL HEALTH | 5.00 | 45.00 |
| LIFE INSURANCE | 1.62 | 14.58 |
| STD | 4.76 | 42.84 |
| VISION | 2.41 | 21.69 |
| PARKING | 23.00 | 207.00 |
| **Total Pre-Tax Ded** | **176.48** | **1,588.32** |
| **Payroll Taxes** | | |
| FED TAX | 12.60 | 113.20 |
| FICA | 93.78 | 827.79 |
| STATE TAX-OHIO | 28.06 | 245.62 |
| CITY TAX | 30.65 | 270.52 |
| **Total Taxes** | **165.09** | **1,457.13** |
| **Misc Deductions** | | |
| KIDS CAFE PURCH | .00 | 25.64 |
| EMP PURCHASES | .00 | 116.90 |
| **Total Misc Deduct** | **.00** | **142.54** |
| NET PAY | 1,059.23 | 9,206.25 |

| PTO Summary | Earned | Used | Remaining |
|---|---|---|---|
| PTO | 54.21 | 53.50 | .71 |

**Message:**

CHILDRENS HOSPITAL
MEDICAL CENTER OF AKRON
ONE PERKINS SQUARE
AKRON, OH 44308

Remit Number: 0002095117

Remit Date: 05/04/2018

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| BREANNE R EWING | Checking | XXXXXXX1239 | XXXXX5032 | 1,059.23 |