Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 18–51171–amk**

**In re:**
  Breanne R. Ewing
  163 E Ido Avenue
  Akron, OH 44301

**Social Security No.:**
  xxx–xx–3412

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 26, 2018 at 10:00 am
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

  HEARING RESET PER CHAMBERS: Motion for Relief From Stay and Abandonment for collateral known as a 2009 Chevrolet Silverado 1500 VIN#3GCEK33M69G253767 Filed by Creditor Bank of America, N.A.

**Dated:** September 13, 2018                                             For the Court
Form ohnb187                                                             Teresa D. Underwood, Clerk