# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Breanne R. Ewing | : | Case No.: 18-51171 |
| | : | Chapter 7 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 15)

Now comes Bank of America, N.A. ("Creditor") by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court on July 13, 2018 as the loan is now contractually due for the September 2018 monthly payment.

      Respectfully submitted,

      /s/Stephen R. Franks
      Stephen R. Franks (0075345)
      Edward H. Cahill (0088985)
      Adam B. Hall (0088234)
      John R. Cummins (0036811)
      Karina Velter (94781)
      Sarah E. Barngrover (28840-64)
      Manley Deas Kochalski LLC
      P.O. Box 165028
      Columbus, OH  43216-5028
      Telephone: 614-220-5611
      Fax: 614-627-8181
      Attorneys for Creditor
      The case attorney for this file is Stephen R. Franks.
      Contact email is srfranks@manleydeas.com

18-019451_JMR

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 20, 2018, a true and correct copy of the foregoing Notice of Withdrawal of Motion for Relief was served via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

- Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

- Dynele L. Schinker-Kuharich, Chapter 7 Trustee, dlsk@schinker-kuharich.com

- Pauline R. Aydin Shuler, Attorney for Breanne R. Ewing, paydinlegal@hotmail.com

and on the below listed parties by regular U.S. mail, postage prepaid:

- Breanne R. Ewing, 163 E Ido Avenue, Akron, OH  44301

/s/Stephen R. Franks

18-019451_JMR